

**THE SUPREME COURT OF TEXAS**
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

Monday, March 16, 2015

Mr. Russell G. Thornton
Thiebaud Remington Thornton Bailey LLP
Two Energy Square
4849 Greenville Avenue, Suite 1150
Dallas, TX 75206
\* DELIVERED VIA E-MAIL \*

Ms. Marisa M. Schouten
Martin Walker, P.C.
The Arcadia Theater
121 N. Spring Avenue
Tyler, TX 75702
\* DELIVERED VIA E-MAIL \*

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR 16 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

RE:     Case Number:  14-0333
        Court of Appeals Number:  12-13-00107-CV
        Trial Court Number:  12-0060

Style:  LOUISA D. REDDIC
        v.
        EAST TEXAS MEDICAL CENTER REGIONAL HEALTH CARE SYSTEM,
        INDIVIDUALLY AND D/B/A EAST TEXAS MEDICAL CENTER-CROCKETT, INC.

Dear Counsel:

Today the Supreme Court of Texas granted the Motion for Extension of Time to File Petitioner's Brief on the Merits in the above-referenced case. Petitioner's brief is due to be filed in this office **April 29, 2015**. Respondent's brief on the merits is due **May 19, 2015**. Petitioner's reply brief is due **June 3, 2015**. **FURTHER REQUESTS FOR EXTENSIONS OF TIME FOR THIS FILING WILL BE DISFAVORED.**

**PLEASE NOTE** pursuant to TEX. R. APP. P. 9.2(c)(2) all documents (except documents submitted under seal) must be e-filed through eFileTexas.gov. You may file up to midnight on the due date.

Persons not represented by an attorney may e-file documents, but e-filing is not required. If you are not an attorney you may file using the traditional paper filing method. An original and one copy are required for all paper filings with the Texas Supreme Court. The original is required to be bound; the copy may be unbound so that it may be scanned by the Court. The paper copy must comply with Texas Rules of Appellate Procedure 9. For more details, see the Court's Order Requiring Electronic Documents in the Supreme Court of Texas at



**THE SUPREME COURT OF TEXAS**
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

http://www.txcourts.gov/All_Archived_Documents/SupremeCourt/AdministrativeOrders/miscdocket/13/13916500.pdf.

      Please note all notices or communication about this case will be sent by email in lieu of mailing paper documents. (*See* TEX. R. APP. P. 9.2(c)(7)).

Sincerely,

Blake A. Hawthorne, Clerk

by Kenneth Bier, Deputy Clerk

cc:    Ms. Carolyn Rains
       Ms. Cathy S. Lusk (DELIVERED VIA E-MAIL)